AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>1:19-mj-46 | Date and time warrant executed:<br>10/15/19    1600 | Copy of warrant and inventory left with:<br>NA |
| Inventory made in the presence of :<br>NA | | |
| Inventory of the property taken and name of any person(s) seized: | | |

Facebook, Inc. returned all digital information for Facebook User ID 100001813303036317 with moniker "Bravo Mendozi" belonging to PV2 Stills. All information returned was provided via zip files.

*[Stamp: CLERK J. Hodges SO. DIST. OF GA.]*

*[Stamp: 2019 NOV 20  AM 9: 40]*

*[Stamp: FILED U.S. DISTRICT COURT AUGUSTA DIV.]*

| Certification |
|---|

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:  11/14/19

_____
Executing officer's signature

Richard B. Staines, Special Agent
*Printed name and title*

AO 93  (Rev. 11/13) Search and Seizure Warrant

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

# UNITED STATES DISTRICT COURT

for the

Southern District of Georgia

2019 OCT 15  PM 3: 33

CLERK_____
SO. DIST. OF GA.

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )    Case No.    1:19-mj-46

INFORMATION ASSOCIATED WITH FACEBOOK )
USER ID 100001813036317  THAT IS STORED AT )
PREMISES CONTROLLED BY FACEBOOK INC. )

## SEARCH AND SEIZURE WARRANT

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search
of the following person or property located in the _____Northern_____ District of _____California_____
*(identify the person or describe the property to be searched and give its location)*:

All items as more fully set forth in Attachement A, " Property to be Searched," incorporated by reference as if fully forth
herein.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property
described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Contraband, evidence of the crime, fruits of the crime, instruments of the crime, concerning violations of Title 18, United
States Code, Sections 2252 and 2252A as more fully set in Attachment  B "Items to be Seized," incorporated herein.

**YOU ARE COMMANDED** to execute this warrant on or before ____10/29/19____ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.    ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the
person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the
property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory
as required by law and promptly return this warrant and inventory to _____Brian K. Epps_____ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C.
§ 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose
property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:    10/15/2019, 3:27 pm _____    _____
Judge's signature

City and state:    Augusta, Georgia _____    Brian K. Epps, United States Magistrate Judge
*Printed name and title*

## ATTACHMENT A

### Property to Be Searched

This warrant applies to information associated with the FACEBOOK USER
ID 100001813036317 (Bravo Mendoza/Bryan S. Stills) THAT IS STORED AT
PREMISES CONTROLLED BY FACEBOOK INC. that is stored at premises
owned, maintained, controlled, or operated by Facebook, a company headquartered
at 1601 Willow Road, Menlo Park CA 94025.

18

## ATTACHMENT B

### Particular Things to be Seized

**I.     Information to be disclosed by Facebook, Inc. (the "Provider")**

To the extent that the information described in Attachment A is within the possession, custody, or control of the Provider, including any messages, e-mail, records, files, logs, or information that has been deleted but is still available to the Provider, or has been preserved pursuant to a request made under 18 U.S.C. § 2703(f), the Provider is required to disclose the following information to the government for any of the accounts:

(a)     All contact information, including, for user IDs: full name, user identification number, birth date, gender, contact e-mail addresses, Facebook passwords, Facebook security questions and answers , physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers and for group IDs: group identification number, a list of users currently registered to the group, and Group Contact Info, including all contact information for the creator and/or administrator of the group and a PDF of the current status of the group profile page.

(b)     All activity logs for the account and all other documents showing the user's posts and other Facebook activities;

(c)     All photos and videos uploaded by that user ID and all photos and videos uploaded by any user that have that user tagged in them;

19

(d)     All profile information; News Feed information; status updates; links

to videos, photographs, articles, and other items; Notes; Wall postings;

friend lists, including the friends' Facebook user identification

numbers; groups and networks of which the user is a member,

including the groups' Facebook group identification numbers; future

and past event postings; rejected "Friend" requests; comments; gifts;

pokes; tags; and information about the user's access and use of

Facebook applications;

(e)     All other records of communications and messages made or received by

the user, including all private messages, chat history, video calling

history, and pending "Friend" requests;

(f)     All "check ins" and other location information;

(g)     All IP logs, including all records of the IP addresses that logged into

the account;

(h)     All records of the account's usage of the "Like" feature, including all

Facebook posts and all non-Facebook webpages and content that the

user has "liked";

(i)     All information about the Facebook pages that the account is or was a

"fan" of;

(j)     All past and present lists of friends created by the account;

(k)     All records of Facebook searches performed by the account;

20

(l)    All information about the user's access and use of Facebook

       Marketplace;

(m)    The types of service utilized by the user;

(n)    The length of service (including start date) and the means and source

       of any payments associated with the service (including any credit card

       or bank account number);

(o)    All privacy settings and other account settings, including privacy

       settings for individual Facebook posts and activities, and all records

       showing which Facebook users have been blocked by the account;

(p)    All records pertaining to communications between Facebook and any

       person regarding the user or the user's Facebook account, including

       contacts with support services and records of actions taken.

(q)    All information and records deleted or removed pertaining to the

       account, retained by Facebook.

## II.    Information to be seized by the Government

All information described above in Section I that constitutes fruits, evidence and instrumentalities of violations of 18 U.S.C. § 2252(a)(5)(B), Possession of Child Pornography involving the identified individual, for the user ID identified on Attachment A.